Works. L. H. Freedman, for appellant. C. W. Pierson, for respondent. No opinion. Order affirmed, with costs. Order filed.

SMITH, Respondent, v. DAVEGA, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by George F. Smith against Isaac Davega, Jr. D. Tim, for appellant. J. C. Weschler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SOOP, Appellant, v. BURHANS, Respondent. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) In the Matter of the petition of Henry C. Soop, as agent and attorney of the estate of Thomas Cornell, against Webster H. Burhans.
PER CURIAM. Order affirmed with costs. CHESTER and KELLOGG, JJ., dissent.

SPRING, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by T. Davis Spring against Frank M. Ryan. No opinion. Motion to dismiss appeal denied, without costs.

STEINFELD et al., Appellants, v. LINCOLN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Samuel Steinfeld and another against George D. Lincoln and others. L. J. Vorhaus, for appellants. E. G. Moody, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STONE, Respondent, v. ROCHESTER HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Junius H. Stone against the Rochester Herald Company. J. S. Havens, for appellant. C. E. Thornall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STURMDORF v. SAUNDERS. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by William Sturmdorf against Franklin E. Saunders and others. No opinion. Motion granted.

SWING, Appellant, v. MOHAWK VALLEY LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by James B. Swing, as trustee for the creditors, etc., of the Union Mutual Fire Insurance Company of Cincinnati, Ohio (dissolved), against the Mohawk Valley Lumber Company. No opinion. Judgment modified, by striking therefrom the words "on the merits," and, as thus modified, judgment and order unanimously affirmed, with costs.

S Y K E S, Respondent, v. J. W A L T E R THOMPSON CO., Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Thomas F. Sykes against the J. Walter Thompson Company. D. Edwards, for appellant. W. D. Reed, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAYLOR, Respondent, v. BROWN et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by James E. Taylor against W. David Brown and others. J. Delahunty, for appellants. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order fi,led.

THOMAS v. GEORGE G. FUESSELA SONS. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by May E. Thomas against George G. Fuessela Sons. No opinion. Motion denied, on payment of $10 costs. Leave given to apply to the court below to open default. Order filed.

TOCCI v. GIANVECCHIO. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Felice Tocci against Gaetano Gianvecchio. No opinion. Application denied, with $10 costs. Order signed.

TOWN OF NORTH HEMPSTEAD, Appellant, v. ELDRIDGE, Respondent. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by the town of North Hempstead against Louise U. Eldridge. No opinion. Order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four; the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. See 98 N. Y. Supp. 157.

TRALL, Respondent, v. SCOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Weld G. Trall against James Scott and another. No opinion. Motion denied, with $10 costs.

TREFFINGER v. M. GROH'S SONS. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Gottlieb Treffinger against M. Groh's Sons. No opinion. Motion granted. Order filed.

TROTT, Appellant, v. SCHMITT, Respondent. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Verene Trott, as executrix of the estate of William Trott, deceased, against Valentin Schmitt. No opinion. Judgment reversed on argument, and new trial granted, costs to abide the event, on the ground that the complaint sufficiently states a cause of action for money loaned.

In re VENABLES. (Supreme Court, Appellate Division, First Department. April 25, 1906.) In the matter of George W. Venables. No opinion. Motion denied, with $10 costs. Order filed.

VON DER HEIDE, Respondent, v. SCHUTTE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Margaret M. Von Der Heide